IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 10-667 ) |
| v. | ) ) ) JURY TRIAL DEMAND |
| CSX TRANSPORTATION, INC., | ) ) |
| Defendant. | ) ) |

## COMPLAINT

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended by Title I of the Civil Rights Act of 1991, to correct unlawful employment discrimination on the basis of race and to provide appropriate relief to Edward Gay ("Gay"). CSX Transportation, Inc. ("CSX) terminated Gay, denied his repeated requests for leniency reinstatement and otherwise subjected him to different terms and conditions of employment because of his race, Black.

## JURISDICTION AND VENUE

1. Pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345, the United States District Court has jurisdiction over the subject matter of this civil action. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The unlawful employment practices alleged in this complaint were committed within the jurisdiction of the United States District Court for the Southern District of Ohio, Cincinnati Division. Venue is appropriate in this Court.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. Defendant CSX Transportation, Inc. is a Virginia corporation doing business (and has continuously been doing business) in the State of Ohio, city of Cincinnati, and has continuously had more than 15 employees at all times relevant to this cause of action.

5. At all relevant times, CSX has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Edward Gay filed with the Commission a charge alleging violations of Title VII by CSX. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least June 2008, CSX has engaged in unlawful employment policies and practices in Cincinnati, Ohio in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1).

8. Since at least June 2008, CSX has subjected Gay to termination, denied his repeated requests for leniency reinstatement and otherwise subjected him to different terms and conditions of employment because of his race, Black.

9. The effect of the practices complained of above has been to deprive Gay of equal employment opportunities and otherwise adversely affect his status as an employee because of his race.

10. The unlawful employment practices of which the Commission complains in the preceding paragraphs were intentional.

11. The unlawful employment practices complained of in the preceding paragraphs were done with malice or with reckless indifference to the federally protected rights of Gay.

## **PRAYER FOR RELIEF**

The Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining CSX, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the basis of race.

B.  Order CSX to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, regardless of race, and which eradicate the effects of its past and present unlawful employment practices based on race.

C.  Order CSX to make Gay whole by providing appropriate back-pay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

  D. Order CSX to make Gay whole by providing each with compensation for past and future pecuniary losses resulting from the unlawful employment practices described above in amounts to be determined at trial.

  E. Order CSX to make Gay whole by providing him with compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including losses resulting from any emotional pain, suffering, inconvenience, loss of enjoyment of life, embarrassment and humiliation, in amounts to be determined at trial.

  F. Order CSX to pay Gay punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

      Respectfully submitted,

      s/ Laurie A. Young
      LAURIE A. YOUNG, #11480-49
      Regional Attorney

      s/ Michelle Eisele
      MICHELLE EISELE, #12070-49
      Supervisory Trial Attorney

      EQUAL EMPLOYMENT OPPORTUNITY
       COMMISSION
      Indianapolis District Office
      101 W. Ohio St., Suite 1900
      Indianapolis, IN 46204-4203

5

        <u>s/ Aimee L. McFerren</u>
        Aimee L. McFerren
        Kentucky Bar No.: 89912
        Federal I.D. No.: 36953
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        600 Dr. Martin Luther King, Jr. Place
        Suite 268
        Louisville, KY 40202
        502-582-6308
        502-582-5435 (fax)
        aimee.mcferren@eeoc.gov